**EVERETT W. JACK, JR.,** OSB #892684
everettjack@dwt.com
**AARON K. STUCKEY,** OSB #954322
aaronstuckey@dwt.com
**KALEY L. FENDALL**, OSB #093509
kaleyfendall@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| PACIFIC OFFICE AUTOMATION, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL TRACY, and NORTHWEST IMAGING ANALYSTS LLC, an Oregon limited liability company,<br><br>Defendant. | Case No. 3:17-cv-01484<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Pacific Office Automation, Inc.

///

///

///

///

///

///

states that it does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

DATED this 20th day of September, 2017.

**DAVIS WRIGHT TREMAINE LLP**

By s/ Kaley L. Fendall

Everett W. Jack, Jr., OSB #892684
everettjack@dwt.com
Aaron K. Stuckey, OSB #954322
aaronstuckey@dwt.com
Kaley L. Fendall, OSB #093509
kaleyfendall@dwt.com
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

Attorneys for Plaintiff


DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax